IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                )<br>     v.                         )<br>                                )<br> TIMOTHY ANDRE ENGLISH           ) | CRIMINAL ACTION NO.<br>   2:18cr122-MHT<br>        (WO) |

ORDER

This case is before the court on defendant Timothy Andre English's petition for early termination of supervised release. The probation department and the government do not oppose the motion. In its response, the probation department notes that English has completed over two years of his three-year term of supervision with no incidents of noncompliance and that he has maintained a stable residence and is employed as a truck driver. The court finds that English is no longer in need of supervision.

***

Accordingly, it is ORDERED that:

(1) The petition for early termination of supervised release (Doc. 197) is granted.

    (2) Defendant Timothy Andre English's term of supervised release is terminated effective immediately and he is discharged.

    DONE, this the 11th day of April, 2022.

                                        /s/ Myron H. Thompson  
                                          **UNITED STATES DISTRICT JUDGE**